# United States Court of Appeals
### For the Eighth Circuit
_____

No. 22-3495
_____

Keith Dewayne Matthews

*Plaintiff - Appellant*

v.

Patrick Pierre, Correctional Sergeant, Cummins Unit

*Defendant - Appellee*

Debra Lungsford, Correctional Sergeant, Cummins Unit; Corey Haynie

*Defendant*s
_____

Appeal from United States District Court
for the Eastern District of Arkansas
_____

Submitted: August 3, 2023
Filed: August 15, 2023
[Unpublished]
_____

Before GRUENDER, BENTON, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Keith Matthews appeals an adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we find no basis to reverse the district court.[1] *See Morris v. Cradduck*, 954 F.3d 1055, 1058 (8th Cir. 2020) (reviewing de novo grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B. Matthews's motion for appointment of counsel is denied as moot.

_____

[1]The Honorable Billy Roy Wilson, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Edie R. Ervin, United States Magistrate Judge for the Eastern District of Arkansas.